UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHIRL J. KOBOLD,<br><br>       Plaintiff,<br><br> v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>       Defendant. | Case No. 12-cv-05137 JRC<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

  Plaintiff's application to proceed in forma pauperis (ECF No. 1) is GRANTED.  Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

  The Clerk of Court is directed to issue summonses submitted by plaintiff to enable proper service of the complaint on the appropriate parties.  **It is the responsibility of plaintiff and plaintiff's attorney to properly serve copies of the complaint along with appropriate summonses as required by Rule 4 of the Federal Rules of Civil Procedure.**

  DATED this 22nd day of February, 2012.

                 /s/ J. Richard Creatura
                 J. Richard Creatura
                 United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1